**FOURTH DIVISION**
**DOYLE, P. J.,**
**ANDREWS, P. J., AND BOGGS, J.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**August 30, 2013**

# In the Court of Appeals of Georgia

A12A0620. CITY OF BALDWIN v. WOODARD & CURRAN,
INC.

ANDREWS, Presiding Judge.

In *City of Baldwin v. Woodard & Curran*, 316 Ga. App. 768 (730 SE2d 486)
(2012), we affirmed the jury verdict awarding Woodard & Curran $203,000 for work
done on the City of Baldwin's water treatment system. Our Supreme Court granted
certiorari and reversed. See *City of Baldwin v. Woodard & Curran*, 293 Ga. 19 (743
SE2d 381) (2013). Accordingly, our previous opinion is vacated, the judgment of the
Supreme Court is made the judgment of this Court, and the judgment of the trial court
is reversed.

*Judgment reversed. Doyle, P. J., and Boggs, J., concur.*